UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/19/2019

J & J SPORTS PRODUCTIONS, INC.,

Plaintiff,

v.

PABLO AMPARO *individually doing business as* BAKARE RESTAURANT & LOUNGE and 524 VILLA RIVA CORP. *an unknown business entity doing business as* BAKARE RESTAURANT & LOUNGE,

Defendants.

No. 19-CV-3652 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 16, 2019, Plaintiff filed a motion for a default judgment. On September 16, the Court scheduled a show cause hearing as to why a default judgment should not be entered against Defendants. At that hearing on October 24, Defendant Pablo Amparo appeared. Accordingly, the Court did not enter a default judgment. The Court asked the parties to confer and file status letter within 30 days. To date, however, the Court has not received that letter. No later than December 30, 2019, the parties shall file a letter updating the Court on the status of the case.

SO ORDERED.

Dated: December 19, 2019
New York, New York

Ronnie Abrams
United States District Judge