USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J & J SPORTS PRODUCTIONS, INC.,

Plaintiff,

v.

PABLO AMPARO, *individually doing business as* BAKARE RESTAURANT & LOUNGE; 524 VILLA RIVA CORP., *an unknown business entity doing business as* BAKARE RESTAURANT & LOUNGE,

Defendants.

No. 19-CV-3652 (RA)

ORDER &
DEFAULT JUDGMENT

RONNIE ABRAMS, United States District Judge:

Default having been entered against Pablo Amparo, individually and d/b/a Bakare Restaurant & Lounge and 524 Villa Riva Corp., an unknown business entity d/b/a Bakare Restaurant & Lounge (hereinafter "Defendant(s)") on July 10, 2019, and the Application for Entry of Default Judgment and documentation in support thereof having been filed on or about July 10, 2019, and having been served on the Defendant(s) and notice given and no appearance by the Defendant(s) having been made in person on either September 16, 2019 or January 29, 2020, or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore; it is hereby

**ORDERED AND ADJUDGED** that JUDGMENT be entered against Defendant Pablo Amparo and in favor of Plaintiff J & J Sports Productions, Inc. in the sum of $2,200.00; and it is further

**ORDERED AND ADJUDGED** that JUDGMENT be entered against Defendant 524 Villa Riva Corp. and in favor of Plaintiff J & J Sports Productions, Inc. in the sum of

$8,800.00.

**It is so ordered:**

DATED this 3rd day of February, 2020.

_____
Honorable Ronnie Abrams
United States District Judge

2